■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MARTINEZ, Appellant. [603 NYS2d 441] —Judgment, Supreme Court, Bronx County (Bernard Jackson, J.), rendered September 6, 1989, convicting defendant, after a jury trial, of two counts of attempted aggravated assault upon a police officer, and sentencing him to consecutive terms of from 7½ to 15 years, unanimously affirmed.

Statements of eyewitnesses were provided to defendant, with the witnesses' names and addresses redacted, more than 1 year before trial. Thereafter, more than 6 months before trial, defendant was provided with unredacted statements. Even if these statements were exculpatory *Brady* material, and we do not reach that issue, they were provided in a timely fashion and defendant was provided a meaningful opportunity to make use of them.

Although there was delay in the disclosure of certain *Rosario* materials, defendant was not prejudiced by these late disclosures since his counsel received the materials at a time when they were still useful to his defense *(see, People v Robertson,* 185 AD2d 210, 211, *lv denied* 81 NY2d 765).

We have examined defendant's remaining claims and find them to be without merit. Concur—Sullivan, J. P., Ellerin, Ross and Nardelli, JJ.